USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/19/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

JUAN CARLOS SERRANO, et al.,

                    **Plaintiffs,**

        -against-

ONE MORE THAI CORP., et al.,

                    **Defendants.**

-----------------------------------------------------------------X

21-CV-4973 (PGG) (SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

      On June 4, 2021, Plaintiffs initiated this case. On June 8, 2021, the Honorable Paul G. Gardephe referred this matter to my docket for general pretrial management. On June 16, 2021, Plaintiffs filed an affidavit of service indicating that the corporate defendant had been served on June 6, 2021. ECF No. 11. On June 24, 2021, Plaintiffs filed affidavits of service indicating that the individual defendants were served on June 11, 2021, when service had been made on a coworker.

      Because all Defendants have failed file an answer in this case, Plaintiff is directed to advise the Court as to whether Plaintiff intends to move for default judgment, pursuant to Federal Rule of Civil Procedure 55, no later than August 6, 2021.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:     July 19, 2021
                New York, New York