```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/13/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

JUAN CARLOS SERRANO, et al.,

                Plaintiffs,                21-CV-04973 (PGG)(SN)

    -against-                            **ORDER**

ONE MORE THAI CORP., et al.,

                Defendants.

-------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

    On September 14, 2021, the Court granted the parties' motion for an extension of time to schedule a mediation and ordered them to schedule a mediation by October 8, 2021. See ECF No. 23. The parties shall file a joint letter informing the Court of the date of the scheduled mediation by Monday, October 18, 2021 or show cause why they are unable to do so.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    New York, New York
                October 13, 2021