# CSM Legal, P.C.
Employment and Litigation Attorneys

60 East 42nd Street, Suite 4510　　　　　　　　　　　　　　　　　　Telephone: (212) 317-1200
New York, New York 10165　　　　　　　　　　　　　　　　　　　　Facsimile: (212) 317-1620
_____

December 23, 2021

BY ECF
Hon. Sarah Netburn
United States District Judge
United States Courthouse
40 Foley Square
New York, NY 10007

　　　　　　　　Re:　　Serrano et al. v. One More Thai Corp. et al; 21-cv-4973

Your Honor:

　　　　This office represents Plaintiffs in the above-referenced matter. We write jointly with Defendants in response to the Court's Order of November 28, 2021 to advise the Court of the status of mediation.

　　　　The parties participated in a mediation with mediator Joseph Saltarelli on October 8, 2021. The parties were unable to reach an agreement. However, the Plaintiffs have served the Defendants with certain mediation discovery requests in the interest of resolving the matter. The Defendants are agreeable to providing some of the information and are gathering it. Thereafter the parties will discuss whether another mediation session is warranted. Accordingly, the parties respectfully request until January 31, 2022 to provide a further status update to the court.

　　　　　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　　/s/ Clela Errington
　　　　　　　　　　　　　　　　　　　　Clela A. Errington, Esq.
　　　　　　　　　　　　　　　　　　　　CSM Legal, P.C.
　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiffs*

Cc:　　all counsel via ECF