UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

JUAN CARLOS SERRANO, et al.,

                                                  Plaintiffs,

              -against-

ONE MORE THAI CORP., et al.,

                                                  Defendants.

------------------------------------------------------------X

**21-CV-04973 (PGG)(SN)**

**CIVIL CASE MANAGEMENT PLAN & SCHEDULING ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

On April 21, 2022, the parties appeared for an Initial Pretrial Conference. After review of the parties' joint submission, the following scheduling order is entered pursuant to Rule 16 of the Federal Rules of Civil Procedure:

**Pleadings and Parties**. The parties may amend the pleadings or join additional parties until Monday, May 30, 2022.

**Discovery**. All discovery shall be completed by Wednesday, July 20, 2022.

**Status Letter**. A joint letter informing the Court about the status of discovery shall be filed with the Court by Monday, June 20, 2022. The letter should address any outstanding discovery disputes.

**Settlement Conference**. In light of the Court's busy calendar, settlement conferences must generally be scheduled at least six to eight weeks in advance. The Court will likely be unable to accommodate last-minute requests for settlement conferences, and the parties should not anticipate that litigation deadlines will be adjourned in response to late requests for settlement conferences. Accordingly, the parties are encouraged to contact Courtroom Deputy

Rachel Slusher, rachel_slusher@nysd.uscourts.gov, with three mutually convenient dates to schedule a settlement conference for a time when they believe it would be productive.

**Summary Judgment Motion**. Any party that wishes to file a motion for summary judgment shall file a pre-motion letter with the Hon. Paul G. Gardephe by Thursday, August 4, 2022.

**Trial**. The parties request a jury trial.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:   April 22, 2022
         New York, New York