UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

JUAN CARLOS SERRANO, MACEDONIO FELIX,
and PRIMITIVO FELIX, *individually and on behalf of
others similarly situated,*

                     Plaintiff,

-against-

ONE MORE THAI CORP. (D/B/A
ONE MORE THAI), KASIYA DJOKIC, and
SIRIWADEE JAREEPRASIT,

                     Defendants.
-------------------------------------------------------------X

STIPULATON OF DISMISSAL
WITH PREJUDICE

1:21-cv-04973-PGG-SN

**IT IS HEREBY STIPULATED AND AGREED**, by and between the Parties in the above-captioned action, through their undersigned counsel that, whereas no party hereto is an infant or incompetent person for whom a committee has been appointed, and no person not a party has an interest in the subject matter of the action, in accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Complaint in the above-captioned action and all claims alleged therein be dismissed with prejudice, with each party to bear their own fees and costs; and further that Plaintiffs are precluded from bringing any further claims under the Fair Labor Standards Act, New York Labor Law, or any other federal, state, or local law, for unpaid wages, including overtime pay, for the period set forth in Plaintiffs' Complaint, or any claims that were asserted and alleged, or could have been asserted or alleged, in the Complaint.

IT IS FURTHER STIPULATED AND AGREED, that this Stipulation may be executed in counterparts with scanned PDF or facsimile signatures treated as originals.

| CSM LEGAL, P.C. | HALSBAND LAW OFFICES |
|---|---|
| By: _____ | By: _____ |
| Clela Errington, Esq. | David S. Halsband, Esq |
| 60 East 42nd Street, Suite, 4510 | Court Plaza South |
| New York, New York 10165 | 21 Main Street, East Wing |
| (212) 317-1200 | Third Floor, Suite 304 |
| clela@csm-legal.com | Hackensack, New Jersey 07601 |
| Attorney for Plaintiffs | (201) 487-6249 |
| Dated: 10/27   2022 | david@halsbandlaw.com |
| | Attorney for Defendants |
| | Dated: 10/24   2022 |

The Clerk of Court is directed to close this case.

SO ORDERED:

_____   Nov. 7, 2022
Honorable Paul G. Gardephe